IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *
                            *
    v.                      *    CR 115-034
                            *
TRYNELL AARON VERMONG        *

ORDER

On November 20, 2015, Defendant filed a motion to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines, which implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines. U.S.S.G. App. C, amend. 782. This amendment took effect on November 1, 2014. Thus, Defendant, who was sentenced on July 28, 2015, already had the full benefit of the changes occasioned by Amendment 782. Accordingly, the motion to reduce (doc. no. 34) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___20th___ day of July, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA